

FILED

August 17, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002860329

**10**

**FRED W. KAISER**
Attorney at Law
State Bar No. 084158
865 University Avenue
Sacramento, CA 95825
Telephone (916) 924-7500
Facsimile (916) 924-0883

Attorney for Movant, Wells Fargo Bank, N.A.

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case Number: **10-41535-E-13L** |
| **ANDRIKA A. WIKKELING,** | D.C. No. FWK-001 |
| Debtor. | **EXHIBITS IN SUPPORT OF MOTION OF WELLS FARGO FOR ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY** |

Date: August 31, 2010
Time: 1:00 p.m.
Dept: E, Courtroom 33
Place: 501 I Street, 6th Floor,
Sacramento, CA, Before the Honorable
Ronald H. Sargis

| _Exhibit_ | _Document_ | _Page_ |
|---|---|---|
| A | Complaint for Unlawful Detainer | 2-9 |
| B | Notice of Time and Place of Trial | 10 |

1    **FRED W. KAISER**
Attorney at Law
2    State Bar No. 084158
865 University Avenue
3    Sacramento, CA 95825
Telephone (916) 924-7500
4    Facsimile (916) 924-0883

5    Attorney for Plaintiff, Wells Fargo Bank, NA

ELECTRONICALLY
FILED
Superior Court of California
County of Sacramento
Unlawful Detainer Division
Endorsed By: J. Carridge E
On: 05/25/10 10:34:49 AM
Case Number: 10UD04654

6

7

8        SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO

9                    Limited Jurisdiction

10

| | |
|---|---|
| 11   **WELLS FARGO BANK, NA,**       ) | Case Number:    **10UD04654** |
| 12          Plaintiff,          ) | |
| 13   v.                        ) | **COMPLAINT FOR UNLAWFUL DETAINER AFTER TRUST DEED FORECLOSURE** |
| 14   **ANDRIKA WIKKELING, DOES 1 THROUGH 10, INCLUSIVE,**      ) | |
| 15          Defendants.       ) | Damages Under $10,000 Daily Damages: $49.32 |
| 16   ——————————————— ) | |

17

18

19      Plaintiff alleges:

20        1.      At all times herein mentioned after the herein described trustee's foreclosure

21 sale, plaintiff has been the owner of the premises commonly known as 5212 North Avenue,

22 Carmichael, California 95608 ("the Real Property").

23        2.      The Real Property is within the above mentioned judicial district.

24        3.      Plaintiff alleges on information and belief that defendants ANDRIKA

25 WIKKELING presently occupy said real property or otherwise claim some right to possession.

26        4.      Plaintiff alleges on information and belief that the defendants sued herein as

27 DOE 1 through DOE 10, inclusive, also occupy the Real Property or claim some right to

28 possession. The true names or capacities, whether individual, corporate, associate or

1 otherwise, of the defendants named herein as DOE 1 through DOE 10 are unknown to
2 plaintiff, who therefore sues said defendants by such fictitious names, and plaintiff will amend
3 this complaint to show their true names and capacities when same have been ascertained.

4      5.     At all times herein mentioned, each of the defendants was the agent of each
5 other defendant, and in doing the things hereinafter alleged, was acting within the scope of
6 such agency.

7      6.     Plaintiff owns the Real Property by virtue of a sale duly made and a Deed
8 executed and delivered to plaintiff on April 28, 2010, by Cal-Western Reconveyance
9 Corporation, as trustee named in a Deed of Trust executed and delivered by Fred H.
10 Wikkeling, Trustee or the Successor Trustee, of the Cyril I. Wikkeling and Andrika A.
11 Wikkeling Revocable Trust dated December 10, 1997, ("Wikkeling") to plaintiff as beneficiary
12 and recorded on November 17, 1006, in Book 20061117, Page 0449, in the official records in
13 the office of the County Recorder of Sacramento County, California. By said Deed of Trust,
14 Wikkeling conveyed the Real Property to said trustee as security for the payment of a
15 Promissory Note payable to plaintiff or order.

16      7.     Wikkeling defaulted in the payment of said Promissory Note, and thereafter, at
17 the request of the owner and holder of said Promissory Note and Deed of Trust, said trustee
18 caused to be recorded in the official records in the office of the County Recorder of
19 Sacramento County, California, a notice of default and breach of conditions of said Deed of
20 Trust and its election to sell said Real Property to satisfy the obligations thereby secured.

21      8.     More than three months after recordation of said notice of default, said trustee
22 gave notice in the manner and form required by Sections 2924 et seq. of the Civil Code that
23 the Real Property would be sold at public auction to satisfy the obligations secured by said
24 Deed of Trust.

25      9.     On April 28, 2010, said time and place noticed for sale, or the properly
26 postponed sale date, said trustee sold the Real Property to plaintiff and then executed and
27 delivered to plaintiff a Deed, a copy of which is attached hereto as Exhibit A.

28   / / /

1   10.   On May 3, 2010, plaintiff caused to be served on defendants a written notice
2   requiring them to quit and deliver up possession of the Real Property to plaintiff within three
3   days after service of said notice. A copy of this notice is attached hereto as Exhibit B.

4   11.   More than three days have elapsed since the service of said notice, and plaintiff
5   is entitled to possession of the Real Property.

6   12.   Plaintiff has performed all conditions, covenants, and promises on plaintiff's part
7   to be performed.

8   13.   The reasonable value of the use and occupancy of the Real Property per day is
9   $49.32.

10

11   WHEREFORE, plaintiff prays for judgment against defendants as follows:

12   1.   Restitution of the Real Property.

13   2.   Damages for the reasonable value of the use and occupancy of the Real
14   Property from three days of the date of service of the three-day notice, which damages are
15   not to be in excess of $25,000.00;

16   3.   Costs of suit; and

17   4.   Such further relief as the Court deems proper.

18

19

20

21   Dated: May 24, 2010

FRED W. KAISER
22   Attorney for Plaintiff,
Wells Fargo Bank, NA

23

24

25

26

27

28

3

**VERIFICATION**

I, AHNALEE PICKENS, declare:

I have read the foregoing Complaint for Unlawful Detainer and know the contents thereof. The same is true of my own knowledge, except as to those matters which are stated on information and belief and as to those matters, I believe them to be true.

I am plaintiffs' agent and authorized to make this verification, and make it because the facts set forth in said pleadings are within my knowledge, and because I am more familiar with such facts than the plaintiff herein.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this verification was executed on May 24, 2010 , at Sacramento, California.

Ahnalee Pickens

WHEN RECORDED MAIL TO:

**WELLS FARGO BANK, NA FKA WACHOVIA MORTGA**
**4101 WISEMAN BLVD.**
**SAN ANTONIO TX 78251**

TRA # 54304
Trust No. 1230062-02
Loan No. XXXXXX1663

MAIL TAX STATEMENT TO:

Same as above

THIS IS TO CERTIFY THAT THIS IS A FULL,
TRUE AND CORRECT COPY OF THE ORIGINAL
RECORDED IN THE OFFICE OF THE COUNTY

RECORDING FEE: __$21.00__

RECORDED ON: __May 12, 2010__

AS DOCUMENT NO: __BK: 100512 / PG: 444__

BY: __s/ Vanessa Martinez__

LSI TITLE COMPANY (CA)

_____
Space Above This Line For Recorder

Documentary Transfer Tax $.00
X Grantee was/was not the foreclosing beneficiary.
consideration $289,570.90
unpaid debt $360,039.36
non exempt amount $
__Computed on the consideration or value of property
conveyed.
__Computed on the consideration of value less liens or
encumbrances remaining at time of sale.

_____
Signature of Declarant or Agent
AP# 272-0011-009-0000

090540476

# TRUSTEE'S DEED UPON SALE

**CAL-WESTERN RECONVEYANCE CORPORATION** (herein called trustee)
does hereby grant and convey, but without covenant or warranty, express or implied to
**WELLS FARGO BANK, NA** (herein called Grantee) the real property in the county of SACRAMENTO, State of California
described as follows:

**THE EAST 82.52 FEET OF THE NORTH ONE-QUARTER OF THE WEST 2 1/2 ACRES OF TRACT NO. 2, AS
SHOWN ON THE MAP OF CARMICHAEL COLONY NO. 2, RECORDED MAY 11, 1914, IN BOOK 15 OF MAPS,
MAP NO. 3, RECORDS OF SAID COUNTY. THE SUBDIVISION OF SAID LOT BEING MADE ON THE BASIS THAT
THE LOT AREA INCLUDES ONE-HALF OF ADJOINING ROADS.**
The street address and other common designation, if any, of the real property described above is purported to be:
**5212 NORTH AVE**
**CARMICHAEL CA 95608-3228**

This conveyance is made pursuant to the authority and powers vested in said Trustee, as Trustee, or Successor Trustee, or
Substituted Trustee, under that certain Deed of Trust executed by
**FRED H. WIKKELING, TRUSTEE OR THE SUCCESSOR TRUSTEE, OF THE CYRIL I. WIKKELING AND
ANDRIKA A. WIKKELING REVOCABLE TRUST DATED DECEMBER 10, 1997** as Trustor, recorded November 17,
2006, as Document No. XX, in Book 20061117, page 0449, of Official Records in the Office of the Recorder of SACRAMENTO
County, California; and pursuant to the Notice of Default recorded August 04, 2009, as Document No. XX in Book 090804, page
458 of Official Records of said County, Trustee having complied with all applicable statutory requirements of the State of
California and performed all duties required by said Deed of Trust, including, among other things, as applicable, the mailing of
copies of notices or the publication of a copy of the notice of default or the personal delivery of the copy of the notice of default or
the posting of copies of the notice of sale or the publication of a copy thereof.

"This instrument is being recorded as an
ACCOMMODATION ONLY, with no
Representation as to its effect upon title"

TDUSCA.DOC                    Page 1 of 2                    Rev. 09/15/09

Exhibit A

TRA #   54304
Trust No. 1230062-02
Loan No. XXXXXX1663

At the place fixed in the Notice of Trustee's Sale, said Trustee did sell said property above described at public auction on April 28, 2010 to said Grantee, being the highest bidder therefore, for $289,570.90 cash, lawful money of the United States, in satisfaction pro tanto of the indebtedness then secured by said Deed of Trust.

CAL-WESTERN RECONVEYANCE CORPORATION

Dated:   April 28, 2010

Rhonda Rorie. A.V.P.

State of California )
County of San Diego)

On MAY 0 6 2010 before me, _____ **J. Archuleta** _____,
a Notary Public, personally appeared _____ Rhonda Rorie, A.V.P. _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal                                  (Seal)

Signature _____

J. ARCHULETA
Commission # 1695691
Notary Public - California
San Diego County
My Comm. Expires Oct 22, 2010

10UD04654

*Law Offices*

# Fred W. Kaiser

*Attorney at Law*
865 University Avenue
Sacramento, California 95825

*fwkaiser@surewest.net*

**Telephone**
(916) 924-7500

**Facsimile**
(916) 924-0883

## NOTICE TO QUIT
(CCP Section 1161a)

**TO:**        **ANDRIKA WIKKELING**
                 **ALL OCCUPANTS**

**ADDRESS
OF
PROPERTY:**    **5212 NORTH AVENUE
CARMICHAEL, CA 95608**

NOTICE IS HEREBY GIVEN that WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER WITH WACHOVIA MORTGAGE, FSB, has purchased the above-described property at a trust deed foreclosure sale on April 28, 2010, and title thereto has been duly perfected.

NOTICE IS FURTHER GIVEN that WITHIN THREE (3) DAYS after service of this notice on you, you are required to deliver up possession of the above-described premises to the undersigned or to the Owner of said premises, or legal proceedings will be commenced against you to recover possession of said premises with attorney's fees and all court costs.

DATED: April 30, 2010

FRED W. KAISER
Attorney for Owner

Penal Code §594 states, in part: .... every person who maliciously (1) defaces with paint or any other liquid, (2) damages, or (3) destroys any real or personal property not his own ... is guilty of vandalism. Vandalism is punishable by fine or imprisonment or both.

Exhibit B

# PROOF OF SERVICE
# OF 3-DAY NOTICE TO QUIT

1. At the time of service I, the undersigned, was at least 18 years of age.

2. I served copies of : 3-Day Notice to Quit

3. Party served: Andrika Wikkeling; All Occupants

   *(specify the name of the party. as shown on documents served)*

4. Address where the party was served:

   | Street address | 5212 North Avenue | | Unit, Apt. or Space # |
   |---|---|---|---|
   | City, State, and Zip Code | Carmichael | CA | 95608 |

5. I served the party *(check a, b, or c)*

   a. ☐ by **personal service.** I personally delivered a copy of the Three Day Notice to Pay Rent or Quit to the person listed in item 3

   (1) on ___ / ___ / ___ at ___ : ___ ☐ am ☐ pm
   
           *(insert date)*         *(insert time)*

   b. ☐ by **substituted service.**

   (1) After attempting personal service, I left a copy of the Three Day Notice to Pay Rent or Quit with or in the presence of a person of suitable age and discretion:

   _____

   *(Insert the name of the person and title/relationship to person indicated in item 3)*

   (2) on ___ / ___ / ___ at ___ : ___ ☐ am ☐ pm
   
           *(insert date)*         *(insert time)*

   (3) I thereafter mailed (by first-class, postage prepaid) a second of the Three Day Notice to Pay Rent or Quit to the person listed in item 3 to the address listed in item 4

   on ___ / ___ / ___
   
           *(insert date)*

   c. ☒ by **posting and mailing.**

   (1) After attempting service, I affixed/posted a copy of the Three Day Notice to Pay Rent or Quit in a conspicuous place at the address listed in item 4

   on 5 / 3 / 10 at 9 : 42 ☒ am ☐ pm
   
           *(insert date)*         *(insert time)*

   (2) I thereafter mailed (by first-class, postage prepaid) a second of the Three Day Notice to Pay Rent or Quit to the person listed in item 3 to the address listed in item 4

   on 5 / 3 / 10
   
           *(insert date)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: 5 / 3 / 10

Gary A. Ramsey, Jr.

*(print name of person who served the notice)*

➤ _____

*(signature of person who served the notice)*

**Proof of Service of 3-Day Notice to Quit**

| COURT:<br>Superior Court of California, County of Sacramento<br>Unlawful Detainer Division<br>301 Bicentennial Circle<br>Sacramento, CA 95826-2701 - (916) 875-7746 | FOR COURT USE ONLY |
|---|---|
| CASE TITLE:<br>NA WELLS FARGO BANK vs. ANDRIKA WIKKELING | |

| **NOTICE OF TIME AND PLACE OF TRIAL** | CASE NUMBER:<br>**10UD04654** |
|---|---|

FRED W. KAISER
865 UNIVERSITY AVENUE
SACRAMENTO, CA 95825

JUL 29 2010

Notice is hereby given that the above entitled action has been set for Court Trial on:

August 16, 2010, at 9:00 AM, in Department 88
Carol Miller Justice Center, 301 Bicentennial Circle, Sacramento, CA 95826.

NOTE: It is the responsibility of the party or parties to the action to make the necessary arrangements for a Court Reporter to be present. In the event that one is desired.

CLERK'S CERTIFICATE OF MAILING - I certify that I am not a party to this action. This Notice of Time and Place of Trial was mailed first class postage prepaid, in a sealed envelope to Defendant ANDRIKA WIKKELING, at 5212 NORTH AVENUE, CARMICHAEL, CA 95608, Attorney for Plaintiff FRED W. KAISER, at 865 UNIVERSITY AVENUE, SACRAMENTO, CA 95825. The mailing and this certification occurred at the place and on the date shown below.

Date: July 28, 2010

(Original on File /s/)
_____
K. Young, Deputy Clerk